Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jannifer M. Muskievicz<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-17217<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given:

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan payment default is deferred to the end of his Chapter 13 plan.

2. The Debtor's monthly plan payment is increased to $875.00.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 28, 2019

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100